IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Civil Action No. 13-cv-03024-RPM**

JENNIFER L. RUIS,

    Plaintiff,

v.

ANDREW L. WOLLER and
WOLLER TOWING, LLC,

    Defendants and Third-Party Plaintiffs,

v.

JENNIFER RUIS and
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,

    Third-Party Defendants.
  and

**Civil Action No. 14-cv-00902-RPM**

JUSTIN MORGAN,

    Plaintiff,

v.

ANDREW L. WOLLER and
WOLLER TOWING, LLC,

    Defendants.

  and

**Civil Action 14-cv-02958-RPM**

STATE FARM MUTUAL AUTOMOBILE COMPANY,

    Plainiff,

v.

SWIFT TRANSPORT and
JENNIFER LYNN RUIS aka JENNIFER LYNN MORGAN,

    Defendants.

---

## ORDER OF DISMISSAL

---

Upon review of the Stipulation for Dismissal of All Claims and Entire Action with Prejudice [Doc. 41], it is

ORDERED that these actions are dismissed with prejudice, each party to pay their own fees and/or costs.

DATED:  October 2nd, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge